EXHIBIT "1"



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Name = McGucken Elliot
Search Results: Displaying 20 of 60 entries

*Group Registration Photos: Elliot McGucken Epic Fine Art Landscape...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002121720 / 2018-01-23 |
| **Application Title:** | Group Registration Photos: Elliot McGucken Epic Fine Art Landscape Photography; Published from 11/22/2013 to 11/22/2013, 103 Photos. |
| **Title:** | Group Registration Photos: Elliot McGucken Epic Fine Art Landscape Photography; Published from 11/22/2013 to 11/22/2013, 103 Photos. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Elliot McGucken. Address: 817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States. |
| **Date of Creation:** | 2013 |
| **Date of Publication:** | 2013-11-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Elliot McGucken; Domicile: United States; Citizenship: United States. Authorship: photograph. |
| **Rights and Permissions:** | Elliot McGucken, 817 Levering Ave., Apt. 14, Los Angeles, CA, 90024, United States, (310) 806-3647, (310) 806-3647, goldennumberratio@gmail.com |
| **Contents:** | ULYSSES? SUNSET, November 22nd, 2013; VINTAGE VENICE DUSK: SUPERNATURAL AID, November 22nd, 2013; MALIBU MULHOLLAND HWY MOONRISE THE MAGIC FLIGHT, November 22nd, 2013; CARPE DIEM: MALIBU PIER SUNRISE, November 22nd, 2013; THE ILIAD, ODYSSEY, AND AENID, November 22nd, 2013; THE HERO?S JOURNEY MONOMYTH, November 22nd, 2013; CALYPSO?S CAVE, November 22nd, 2013; MEETING THE MENTOR: EL CAPITAN, November 22nd, 2013; GHOST OF NAVAJO WILD MUSTANG, November 22nd, 2013; THE CALL TO ADVENTURE: MESA ARCH SUNRISE, November 22nd, 2013; MJ�LNIR: THOR?S HAMMER, November 22nd, 2013; FOLLOW YOUR OWN STAR --DANTE, dx4/dt=ic, November 22nd, 2013; |



#51. MALIBU PIER SEPTEMBER SUNSET, MALIBU
VA0002121720 / 2018-01-23