# EXHIBIT "2"

Steven C. Vondran, Esq.  
AZ Lic. #: 025911  
CA Lic. #: 232377



Business | Real Estate

Intellectual Property | Software

# THE LAW OFFICES OF STEVEN C. VONDRAN, P.C.

September 12, 2019

Erica Ives, MFT  
22231 Mulholland Hwy #208  
Calabasas, CA 91302  
Click or tap here to enter text.

VIA U.S. MAIL & EMAIL: erica@mindfulpath.com

Re: *Unauthorized use of copyrighted photograph(s) / cease and desist / FRE 408 Confidential Settlement Communication and infringement materials.*

### File#: #1041 – PLEASE USE ON ALL CORRESPONDENCE

**THIS IS A LEGAL DEMAND LETTER AND MAY AFFECT YOUR LEGAL RIGHTS. PLEASE FORWARD TO THE PROPER PERSON OR DEPARTMENT FOR IMMEDIATE RESPONSE.**

Dear Ms. Ives,

Please be advised that our firm represents commercial photographer *Elliot McGucken Fine Art Photography* ("EMFAP"). EMFAP is the owner of the copyrighted image(s) as set forth in the attached **Exhibit "A."** The pertinent copyright registration made with the United States Copyright Office are attached as **Exhibit "B."**

We are writing this letter because copyright image(s) owned by my Client (**Exhibit "A"**) have been found on www.ericaives.com/trailer; www.ericaives.com/fullscreen-page; static.wixstatic.com/media7c5556; docs.wixstatic.com/ugd/7c5556 promoting your goodwill message and your brand. Perhaps they have been downloaded from Google images or other similar websites where you or may have wrongfully believed the images were royalty-free and free for use. This is not the case, and in this case, copying and using my Client's images (without a proper legal license) constitutes copyright infringement under the United States copyright law even if, for example, it was done by a third party on your behalf, such as by a webmaster. The photo(s) are on your company website which is why we are sending you this letter.

**Phoenix:** 2415 E. Camelback Road, Suite 700, Phoenix, Arizona 85016 | **Santa Monica:** 401 Wilshire Blvd., 12th Floor, Santa Monica, CA 90401  
**Newport Beach:** 620 Newport Ctr. Drive, Suite 1100, Newport Beach, CA 92660 | **San Diego:** 8880 Rio San Diego Drive, 8th Floor, San Diego, CA 92108  
**San Francisco:** One Sansome Street, Suite 3500, San Francisco, CA 94104

September 12, 2019

Page 2 of 4

    Please be advised that my client has no record of any license being acquired by you or your company. If we are in any way mistaken, please provide written evidence of same **within 7 business days** of the date of this letter so that we may review your claim of license. You can email any evidence or proof to us at claims@vondranlegal.com.

    In the event there is no valid legal license, reproducing and publicly displaying my client's image(s) on your website constitutes copyright infringement, whether or not it is deemed "willful" or even "innocent" in nature. This is true whether there or not there may have been a copyright notice or symbol on the photo.

    My Client is a professional level photographer who values his work and does not appreciate other businesses (or even individuals/sole proprietors) using his work without his express written permission and the failure to pay proper licensing fees while using his work naturally harms his commercial efforts and strips control from the photographer. Moreover, preventing unauthorized use of images can be a very time-consuming process having to continually try to identify and stop unauthorized uses that dilute the value of his work.

    Assuming your company does not have a proper license, we believe the unauthorized use and reproduction of the works at issue (as set forth in **Exhibit "A" and "B"** respectively) constitute a violation of *The Copyright Act, Title 17 of the United States Code*. As the violation occurred on what appears to be a corporate (commercial) website we do not consider this to be a "fair use," especially since the entire photo(s) appear to have been reproduced in its entirety in order to benefit your company commercially.

    Under the United States copyright laws, if we cannot amicably resolve this situation, and if we are forced to go to court, my client will be seeking the maximum monetary penalties possible, which may include statutory damages under *17 U.S.C. §504* (which authorizes up to $150,000 for willful (intentional) infringement or up to $30,000 for unintentional infringement). This means, even if you posted the photos while claiming not knowing it was copyrighted this is still infringement. Courts may also award attorney fees to a prevailing party in a copyright litigation case. In addition, if required, we may be forced to seek an injunction to stop the infringing conduct and destruction of any goods that may bear my Client's copyrighted work. At this time, we respectfully request that you immediately cease and desist using this image unless you are claiming a license.

    In addition, we are currently investigating whether or not your unauthorized use has violated a separate copyright DMCA provision [*17 U.S.C. §1202*] which prohibits altering or removing *copyright management information* ("CMI") such as re-posting the photo(s) at issue without the copyright symbol, authors name, photo title or other information that the photographer may have provided. This is a separate violation that can trigger penalties of (a minimum) of $2,500. All rights are reserved.

September 12, 2019

Page 3 of 4

In short, we consider any unlicensed activity to be a *willful violation* of copyright law as it is clear to most people that you cannot utilize professional photography for business uses without properly obtaining rights to use the image. In fact, most business owners are aware that there are many *stock photography* websites that license photos (for a fee), and ignorance of the law and/or failure to obtain the proper rights is not a valid defense.

You should also note that while corporate officers may normally be protected by a "corporate veil" in copyright infringement cases federal case law has held that it is possible to hold officers and directors of the corporation <u>*personally liable*</u> *for infringing conduct.*

While we believe my Client has the present right to file a civil lawsuit for damages, we are also willing to try to resolve this amicably, and out of court, if we can get this matter resolved quickly and without expending an undue amount of time going back and forth. This naturally would save everyone the stress and costs of litigating this issue in court.

It is important to point out that at times, these types of claims may be covered by an insurance policy such as a D&O policy for directors and officers or even general liability or policies that cover "advertising injury." If so, we are happy to discuss with your representative, or attorney if you decide to retain counsel.

<u>**CONFIDENTIAL SETTLEMENT OFFER – FRE 408**</u>

If you are interested in resolving this matter, my Client has authorized me to settle and close this case on the following terms and conditions of settlement.

1. <u>Immediately takedown the infringing photos</u> at issue from your website within 7 business days of receipt of this letter and <u>confirm</u> you have done so at the email below. Removal must include all copies being used.

2. Pay a settlement fee of **$30,000.00 THIRTY THOUSAND DOLLARS.** This amount will cover both past unlicensed infringing uses and copyright enforcement and infringement fees and we will provide a <u>conditional copyright infringement licensing release form</u> for you to sign within 7 business days.

September 12, 2019

Page 4 of 4

    If we do not receive a response from you within 7 business days of the date of this letter, we will assume you have no intention of resolving this amicably out of court, and have no valid license to produce, and in that event, we will consider or assertion of copyright infringement to be valid and reserve all rights to elevate this matter as may be required.

    If you would like to contact me to discuss this matter, I can be reached at claims@vondranlegal.com. **Please note that merely taking down a photo or other copyrighted content will not resolve the infringement claim.** We would also request at this time that all evidence relating to your use of my client's intellectual property be preserved in the event we are not able to resolve this case amicably.

    Thank you for your anticipated cooperation and hopefully we can seek a quick pathway to resolution and resolve this case on favorable terms. My Client's Power of Attorney to represent his interests is attached hereto for reference purposes.

                                                Very truly yours,

                                                Steven C. Vondran, Esq.

Encl: Exhibits A-B / Power of Atty.

Cc: Client