Case 2:20-cv-04798-RSWL-AFM   Document 1-3   Filed 05/29/20   Page 1 of 6   Page ID #:18

# EXHIBIT "3"

**From:** Erica Ives
**Sent:** Tuesday, April 16, 2019 1:45 PM
**To:** Lisa Vondran
**Cc:** Claims@VondranLegal
**Subject:** Re: FINAL NOTICE - McGucken fine art copyright infringement

Hello. First off, this is the first email I have received from your firm. Can you please elaborate on the matter of concern.

Thank you so much,
Erica Ives

Sent from my iPhone

On Apr 16, 2019, at 1:07 PM, Lisa Vondran <lisa@vondranlegal.com> wrote:

> Dear Sir/Madam,
>
> We have tried to previously contact you. Your company has unlawfully used my Client's image(s) to seek to use them commercially on your website. We requested a response to our demand letter which sought to settle this case amicably out of court but you did not respond. Attached is a link to a recent decision where a Defendant refused to respond to a McGucken photo infringement complaint, which as you can see, resulted in a 120k award.
>
> https://www.bloomberglaw.com/public/desktop/document/McGucken_v_DMI_Holdings_No_CV_184837_DSF_GJSx_2019_BL_126220_CD_C?1554935078
>
> We are willing to seek to resolve this case amicably, but we cannot do that if you chose not to respond. This matter won't go away by ignoring it.
>
> So, this is our last attempt to contact you, and if we do not hear from you we will assume that you have no intention to resolve your past infringement issues out of court.

If you would like to propose a counter-offer, we welcome that and please do so in writing.

Steve Vondran, Esq.

<image001.png>

Steven C. Vondran, Esq.
Attorney at Law
The Law Offices of Steven C. Vondran, P.C.
Phone: (877) 276-5084
Fax: (888) 551-2252
Web: www.VondranLegal.com

*Social Media, Real Estate & Intellectual Property Counsel*

Phoenix | San Diego | Newport Beach | Santa Monica | San Francisco

---

NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited. Nothing in this email should be construed as tax advice. Our law firm is not retained as your legal counsel unless, and until a legal retainer agreement is signed.

**From:** Steve Vondran <steve@vondranlegal.com>
**Date:** May 16, 2020 at 3:30:16 PM MST
**To:** "erica@mindfulpath.com" <erica@mindfulpath.com>
**Cc:** Lisa Vondran <lisa@vondranlegal.com>, "Claims@VondranLegal" <Claims@vondranlegal.com>
**Subject: From Steve Vondran, Esq. - re McGucken willful (ongoing) infringement.  CEASE ANBD DESIST**

Dear Ms. Ives:

We have tried to work this case out amicably with you with no results.  I have noted that despite my prior attempts to get you to stop using my clients copyrighted photograph for your commercial purposes, you have failed to take down the photo and it is still being used as of today (see attached photo I took today).  Under the copyright laws of the United States, this is deemed "willful" and it shows your complete disregard for my client and his registered work.

This is our final demand to **cease and desist** using the photo, or if you want to discuss licensing and payment of infringement fees, we can discuss that.

Statutory damages for copyright infringement can range on up to $150,000 (for willful infringement), and up to $30,000 for "non-willful" infringement.

Let me know what you want to do, we have given you ample time to address this to no avail.

We will be filing a lawsuit next week if not resolved immediately.

Cordially,

Steve



The Law Offices of Steven C. Vondran, P.C.

Steven C. Vondran, Esq.
Phone: (877) 276-5084
Fax: (888) 551-2252
Web: www.VondranLegal.com

Phoenix | San Diego | Newport Beach | Santa Monica | San Francisco

NOTICE: This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.  Nothing in this email should be construed as tax advice.  Our law firm is not retained as your legal counsel unless, and until a legal retainer agreement is signed.

