EXHIBIT "4"

