## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-04798-RSWL-AFMx | Date | August 11, 2020 |
|---|---|---|---|
| Title | Dr. Elliot McGucken v. Erica Ives, MFT, et al | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Joseph Remigio | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff(s) must also pursue Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders plaintiff (s) to show cause in writing no later than **August 31, 2020**, why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

• **PLAINTIFF'S FILING OF A MOTION FOR  DEFAULT JUDGMENT or REQUEST FOR DISMISSAL for all defaulting defendants.**

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a response or motion on or before the date upon which a response by plaintiff(s) is due.  Failure to timely respond to this order may result in sanctions and/or the dismissal of this action.

Plaintiff shall serve a copy of this order upon all defendants who have been served with the Summons and Complaint but have yet to appear in this action.  Failure to comply with this order will result in the dismissal of this action without further warning.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | JRE |